# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

HOUSTON L. HAMILTON                              PLAINTIFF

V.                 No. 3:21-CV-00225-DPM-JTR

MATT HALL, CORRECTIONAL OFFICER
Poinsette County Detentions Center                  DEFENDANT

## ORDER

Plaintiff's Motion for Status (*Doc. 3*) is GRANTED. Before Plaintiff may proceed with this action, the Court must screen his claims.[1] His Complaint (*Doc. 2*) is currently under review by the Court. Once this screening review is complete, the Court will direct service upon the Defendant for claims that survive screening, if any.

The Clerk is directed to send Hamilton an updated copy of the docket sheet.

DATED this 23rd day of November, 2021.

*/s/ J. Thomas Ray*
_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints, and to dismiss any claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(a) & (b). When making this determination, a court must accept the truth of the factual allegations contained in the complaint, and it may consider documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).