UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HOUSTON L. HAMILTON                                                                PLAINTIFF

V.                                  No. 3:21-CV-00225-DPM-JTR

MATT HALL, Correctional Officer,
Poinsette County Detentions Center                                                  DEFENDANT

## ORDER

**1. Service on Defendant Matt Hall**

On January 25, 2022, the Court entered an Order allowing Plaintiff Houston L. Hamilton ("Hamilton") to proceed with his § 1983 claim against Defendant Matt Hall ("Hall"). *Doc. 11*. The Clerk was directed to prepare a summons for Hall. *Id. at 3*. The United States Marshal was directed to serve the summons and Complaint (*Doc. 2*) on Hall at the Poinsett County Detention Center ("PCDC"). *Id.*

According to Docket Entry No. 13, Hall was served on or about February 14, 2022. However, after reviewing the return receipt, it reflects it was signed by a "B. Smith"—not Hall. *Doc. 13 at 2*. Thus, it appears Hall has not been properly served with the summons and the Complaint in this action. *See* Fed. R. Civ. P. 4(e)(1) and Ark. R. Civ. P. 4(g)(1).[1]

---

[1] To properly serve this process, the Marshals Office is reminded that it must be sent via certified mail, and "addressed to the person to be served with a return receipt requested and

The Clerk is directed to prepare another summons for Correctional Officer Matt Hall at the Poinsett County Detention Center. The United States Marshals Service ("USMS") is directed to serve the summons and Complaint (*Doc. 2*), on Hall, along with this Order, without prepayment of fees and costs.² In serving Hall, the USMS is directed to serve him either: (a) personally; or (b) by certified mail, "return receipt requested," *with "delivery restricted" to Hamilton*. The Court requests the USMS to promptly file the Process Receipt and Return as soon as it is received.

**2. Hamilton's Motion to Preserve the Video of the Incident**

Hamilton claims that, on September 27, 2021, he was injured as a result of Hall securing Hamilton's leg cuffs to a chair, without Hamilton's knowledge, and then ordering him to return to his cell, without warning him that his leg restraints were attached to the chair. *Doc. 11*.

Hamilton now seeks to preserve any video of his September 27, 2021 fall. For good cause shown, Hamilton's Motion for Order (*Doc. 12*) is GRANTED.

The Court hereby orders the PCDC to IMMEDIATELY PRESERVE any video showing any part of the September 27, 2021 incident, including Hamilton

---

*delivery restricted to the addressee or the agent of the addressee*." Ark. R. Civ. P. 4(g)(1) (emphasis added).

² If Hall is no longer an employee of the Poinsett County Detention Center, the individual responding to service must file a **sealed** statement providing Hall's last known private mailing address.

being led to the telephone, Hamilton's telephone call, Hall's actions while Hamilton was on the phone, what occurred after the phone call ended, including Hamilton's fall, and what transpired thereafter, until he was removed from the area of the fall.

The Clerk is directed to send a copy of this Order to Patricia Marshall, the Jail Administrator of the Poinsett County Detention Center.

IT IS SO ORDERED this 21st day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE