# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

HOUSTON L. HAMILTON                                                             PLAINTIFF

V.                                    No. 3:21-CV-00225-DPM-JTR

MATT HALL, Correctional Officer,
Poinsett County Detention Center                                                DEFENDANT

## ORDER

Plaintiff Houston L. Hamilton ("Hamilton") has filed a Motion for Status. *Doc. 21*. The Motion (*Doc. 21*) is GRANTED. The Clerk is directed to send Hamilton a copy of the docket sheet.

IT IS SO ORDERED this 30th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE