## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

HOUSTON L. HAMILTON                                        PLAINTIFF
ADC #179541

V.                          No. 3:21-CV-225-JTR

MATT HALL, C/O,
Poinsett County Detention Center                          DEFENDANT

### ORDER

Defendant has filed a Motion for Summary Judgment on the merits, a Brief in Support, and a Statement of Undisputed Material Facts. *Doc. 59; Doc. 60; Doc. 61.* Plaintiff has a right to file a Response to that Motion and a Statement of Disputed Facts.

At the summary judgment stage, a plaintiff cannot rest upon mere allegations and, instead, must meet proof with proof.   *See* Fed. R. Civ. P. 56(e). This means that Plaintiff's Response should include his legal arguments, as well as affidavits,[1] prison records, or other evidence establishing that there is a genuine issue of material fact that must be resolved at a hearing or trial.

Furthermore, pursuant to Local Rule 56.1, Plaintiff must separately file a "short and concise statement of material facts as to which [he] contends a genuine dispute exists to be tried." Plaintiff's "Statement of Disputed Facts" must state

---

[1]   The affidavit must be based upon the personal knowledge of the person executing the affidavit *and must be either*: (1) sworn and subscribed to by a notary public; or (2) executed under penalty of perjury, as provided for by 28 U.S.C. § 1746.

whether he "agrees" or "disagrees" with the factual statements in *each* of the numbered paragraphs in Defendant's Statement of Undisputed Material Facts (*Doc. 61*). **If Plaintiff disagrees with any of the facts in Defendant's Statement of Undisputed Material Facts, he *must*: (1) identify each numbered paragraph that contains the facts he disputes; (2) for each paragraph, explain *why* he disputes those facts; *and* (3) include a citation to the evidence he is relying on to support his version of the disputed fact.**

IT IS THEREFORE ORDERED THAT:

1.     Plaintiff has until and including **August 7, 2023**, to file a Response to Defendant's Motion for Summary Judgment and a separate Statement of Disputed Facts that comply with Fed. R. Civ. P. 56, Local Rule 56.1, and the instructions in this Order.

2.     Plaintiff is advised that the failure to timely and properly file a Response and Statement of Disputed Facts will result in all of the facts in Defendants' Statement of Undisputed Facts being deemed admitted.

SO ORDERED, this 6th day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE