IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HOUSTON L. HAMILTON**                                                                       **PLAINTIFF**
**ADC #179541**

V.                                    NO. 3:21-cv-00225-BD

**MATT HALL**                                                                                 **DEFENDANT**

## JUDGMENT

Plaintiff Houston L. Hamilton's claims are DISMISSED, with prejudice. The Clerk is directed to close this case.

IT IS SO ORDERED 27th day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE